**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00211-CV

### IN RE KENNETH HALL, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-71471-HPM**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

habeas corpus. We **ORDER** that relator bear the costs of this original proceeding.

/s/  DOUGLAS S. LANG
    JUSTICE
